# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

FILED
CHARLOTTE, NC

APR 07 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| Edward Womble<br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint.<br>If the names of all the plaintiffs cannot fit in the space above,<br>please write "see attached" in the space and attach an additional<br>page with the full list of names.)<br>**-v-**<br><br><br>Rahil patel, Lashea young<br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the<br>names of all the defendants cannot fit in the space above, please<br>write "see attached" in the space and attach an additional page<br>with the full list of names. Do not include addresses here.) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. _____<br><br>*(to be filled in by the Clerk's Office)* |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _Edward lamont Womble_

All other names by which

you have been known: _N/A_

ID Number _0551625_

Current Institution _Alexander Correctional_

Address _633 old land fill Road_

_Taylorsville_ _NC_ _28681_

        *City*       *State*      *Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name _Rahil patel_

Job or Title *(if known)* _Doctor_

Shield Number _N/A_

Employer _Alexander Correctional_

Address _633 old land fill Road_

_Taylorsville NC_ _28681_

        *City*       *State*      *Zip Code*

[X] Individual capacity   [X] Official capacity

Defendant No. 2

Name _Lashea young_

Job or Title *(if known)* _pa_

Shield Number _N/A_

Employer _Alexander Correctional_

Address _633 old land fill Road_

_Taylorville NC_ _28681_

        *City*       *State*      *Zip Code*

[X] Individual capacity   [X] Official capacity

Defendant No. 3

    Name                 _____

    Job or Title *(if known)*  _____

    Shield Number       _____

    Employer           _____

    Address            _____

                        *City*          *State*         *Zip Code*

        ☐ Individual capacity    ☐ Official capacity

Defendant No. 4

    Name                 _____

    Job or Title *(if known)*  _____

    Shield Number       _____

    Employer           _____

    Address            _____

                        *City*          *State*         *Zip Code*

        ☐ Individual capacity    ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.    Are you bringing suit against *(check all that apply)*:

          ☐ Federal officials (a *Bivens* claim)

          ☑ State or local officials (a § 1983 claim)

    B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

        8th or in the alternative 14th Amendment To be secure from Cruel and unusual punishment.

    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. *THE defendants Violated My 8th or in The alternative 14th Amendment To be secure from Cruel and Unusual punishment*

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

*Alexander Correctional (Apirl 25, 2025)*

C.      What date and approximate time did the events giving rise to your claim(s) occur?

April 25 2025) 0925 +m

D.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

## V.      Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. losted hearing in right EAR for 9 months DUE To not haveing Battery for hearing aid. ) Missed over head Calls. (TC) (Religion Calls Educational Calls.

## VI.     Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

See Next page

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Alexander Correctional

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

this one

D.     Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.     If you did file a grievance:

1.   Where did you file the grievance?

Alexander Correctional

2.   What did you claim in your grievance? that my eighth Amendment have been violated, due To my hearing and Battery

3.   What was the result, if any?

NONE

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

step 3#

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

_____ N/A _____

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____ N/A _____

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____ N/A _____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____ N/A _____

   Defendant(s) _____ N/A _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____ N/A _____

3. Docket or index number

   _____ N/A _____

4. Name of Judge assigned to your case

   _____ N/A _____

5. Approximate date of filing lawsuit

   _____ N/A _____

6. Is the case still pending?

   ☐ Yes

   ☑ No

   If no, give the approximate date of disposition. _____ N/A _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____ N/A _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? N/A

☐ Yes

☑ No

D.     If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) _____ N/A _____

Defendant(s) _____ N/A _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____ N/A _____

3.   Docket or index number

_____ N/A _____

4.   Name of Judge assigned to your case

_____ N/A _____

5.   Approximate date of filing lawsuit

_____ N/A _____

6.   Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition _____ N/A _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____ N/A _____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     4-1-2026

Signature of Plaintiff     _Edward lamont womble_

Printed Name of Plaintiff     Eduard lamont womble

Prison Identification #     0551625

Prison Address     633 old land Fill Road

TAYlorsville                NC              28681
_City_                      _State_         _Zip Code_

### B.    For Attorneys

Date of signing:     _____

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Address     _____

_____
_City_          _State_          _Zip Code_

Telephone Number     _____

E-mail Address     _____

# United States District Court
## Western District of North Carolina

| | |
|---|---|
| Edward lamont Womble, Plaintiff, | Sworn Verified Complaint |
| v. | |
| Rahil Patel, Lashea Young | |

## INTRODUCTION

This is A Civil Rights Action Filed by Edward lamont Womble, A state prisoner Proceeding pro se, For Damges, injunctive, And Declatory Relief Under 42 U.S.C. 1983, Alleging inadequate medical care, and deliberate indifference, in violation of The 8th And/or 14th Amendments to The United States Constitution.

## JURISDICTION

1. This Court Has Jurisdictoin over The plaintiffo Claims of violation of federal Constitutional Rights.

2. THE plainTiff, Edward L. Womble is a state prisoner at Alexander Correctional institution DURING THE EVENTS DESSRiBED BELOW iN This Complaint.

3. Defendant Rabil patel is a doctoR AT Alexander Correctional EmployED By "NEDAC"

4. Defendant Lashea Young is a Physicians Assistant at Alexander Correctional

5.             <u>FACTS</u>

On April 25, 2025 my Battery FoR my Hearing aid Expired

6. on April 26. 2025 I asked nurse staff for + Battery FoR hearing aid Was Told on multiple occasions. Battery's was on order.

7. I was denied a Battery foR 9 months on Jan 2 2026 The order was renwed

8. Doctor Rahil patel, Violated my 8th or inthe alternative 14th Amendment To be secure from cruel and unusual punishment when he did not Renew my Battery for hearing aid. I was under his care from 7-14-2025 To January 30 2026.

9. Lashea young violated my 8th or in The alternative 14th Amendment To Be secure from Crueland unusual punishment.) when she as my pRovider pREviously.) who order Battery for hearing aid. did not Sent a request To Rahil patel about Battery.

10 Finally, it should be noted That I am ADA had hearing aid since 1-10-24 This is a serious medical need.

11. staff knew I had a serious medical need staff ignored my need for a Battery for 9 months.

12. The lack of not having my Battery for 9 months. Caused missed meal Calls, missed meal Calls, missed medical Calls (GTC).

13. <u>DECLARATION</u>

PURSUANT 28 USC § 1746 I Declare under penalty of perjury That The AFOREGOING IS TRUE AND CORRECT BASED UPON MY OWN PERSONAL KNOWLEDGE AND BELIEF.

14. <u>RELIEF DEMANDED.</u>

WHEREFORE,

PLAINTIFF REQUESTS The Following RELIEF:

1. $ 500,000.000 Compensatory Damages, Against All Defendants. JOINTLY and SEVERly.

2. $1 500,000.000 PUNITIVE Damages To DETER FUTURE REOCCURRENCE.

3. DECLATORY RELIEF, IN THAT THE COURT DECLARE That PLANTIFFS Rights WERE VIOLATED UNDER FEDERAL AND STATE LAW.

4. FOR ANY OTHER AND FURTHER RELIEF THE COURT DEEMS JUST AND PROPER.

RESPECTFULLY SUBMITTED,

Edward Lamot Womble

Edward L. Womble

#0551625   PRO SE

Alexander CORR INST.

6330 Old land fill Road

TAYLORSVILLE NC 28681