# United States District Court
## Western District of North Carolina
## Statesville Division

| | | |
|---|---|---|
| Edward Lamont Womble, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:26-cv-00053-MEO |
| | ) | |
| vs. | ) | |
| | ) | |
| Patel Rahil | ) | |
| Ronnie L. Honeycutt | ) | |
| Lashea Young, | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 8, 2026 Order.

April 9, 2026

Katherine Hord Simon, Clerk
United States District Court