FILED
CHARLOTTE, NC

APR 27 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

I Edward lamont womble #0551625. I would like To appeal Case # 5:26-cv-00053-MEO. To The Fourth Circuit court of appeal